```
             UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION

IN RE:  JANNIE P. TERRY,           {  CHAPTER 13
                                   {
                                   {
        DEBTOR(S)                  {  CASE NO. R19-41746-BEM
                                   {
                                   {  JUDGE ELLIS-MONRO
```

**OBJECTION TO CONFIRMATION**

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

2. The Debtor(s)' plan does not provide for payment of all of the Debtor(s)' disposable income to the Trustee for thirty-six (36) or more months as required by 11 U.S.C. Section 1325(b)(1)(B).

3. The Debtor(s)' Chapter 13 zero percent (0%) composition Plan proposes to pay an automobile debt of $31,291.05; thereby indicating a lack of good faith in proposing the repayment Plan, in violation of 11 U.S.C. Section 1325(a)(3) and Debtor(s) is contributing an excessive amount of disposable income toward the auto purchase which could otherwise benefit the unsecured creditors, in violation of 11 U.S.C. section 1325 (b)(1)(B).

4. Section 8.1 of the proposed Chapter 13 plan should be amended to clarify the treatment of student loans if/when deferment ends.

5. The Chapter 13 budget fails to reflect the Debtor's non-filing spouse's income; thereby preventing the contribution of all disposable income to this plan.

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
maryidat@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

October 1, 2019

                                           /s\
                                    Mary Ida Townson, Esq.\
                                    Chapter 13 Trustee\
                                    GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee\
285 Peachtree Center Ave, Suite 1600\
Atlanta, GA 30303\
404-525-1110\
maryidat@atlch13tt.com

R19-41746-BEM

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

JANNIE P. TERRY
600 LAKEMONT DR
DALTON, GA 30720-5265

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES

This 1ST day of October, 2019

        /s/
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
maryidat@atlch13tt.com